## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: John Lucas                                                    CHAPTER 13

Debtor(s)

BKY. NO. 22-22287 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Crescent Mortgage Company and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas

Brian Nicholas
29 Nov 2022, 15:06:54, EST

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226)   ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 0b58600271ab9ce5bf9965d5bf98575bbad501c208606abff9281baa2d961b1c